JESSICA V. RUIZ
Ruiz Law Firm, PLLC
55 W. Franklin Street
Tucson, Arizona 85701
Arizona State Bar No. 028549
Telephone: (520) 257-4189
jessica@ruizlawaz.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>vs.<br><br>Francisco Marcus-Moreno<br>                      Defendant. | NO: 21-04305MJ<br><br><br><br>**MOTION TO CONTINUE PRELIMINARY HEARING AND DETENTION HEARING (COVID19 RELATED)** |

It is expected that excludable delay may result as a result of the granting of this motion. 18 U.S.C. §3161. Delay in contacting clients has resulted from measures taken to limit the spread of the COVID19 pandemic.

Undersigned counsel, Jessica Valdez Ruiz, counsel for the defendant, Francisco Marcus-Moreno, moves this Honorable Court to continue the preliminary hearing and detention hearing set for February 17, 2021, for a period of **two weeks**. The continuance is needed because though Counsel requested a telephone conference with the defendant immediately after being assigned this CJA case, Counsel has been unable to discuss with the defendant the substance needed to waive these hearings. Counsel expects to waive the hearings once contact with her client is established.

RESPECTFULLY submitted this 17th day of February, 2021.

Ruiz Law Firm, PLLC

Jessica Valdez Ruiz

_____
Jessica Valdez Ruiz

*Attorney for Francisco Marcus-Moreno*

Distribution: All ECF Participants